### In re BOARD OF HEALTH.

#### In re VALENTINE.

##### (Supreme Court, General Term, Second Department. May 9, 1892.)

BOARD OF HEALTH—VACANCY—DISCRETION OF COUNTY JUDGE.

The county judge may exercise his discretion in filling a vacancy in the board of health of a village without delay, under Laws 1885, c. 270, § 2, which provides that the county judge may make such appointment "upon being satisfied that such vacancy should be filled without delay."

Appeal from order of Westchester county judge.

Application by Matthias B. Valentine to fill a vacancy in the board of health of the village of New Rochelle. The application was denied, and the applicant appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Charles H. Noxon,* for appellant. *Martin J. Keogh,* for respondent.

PRATT, J. If it were clear that a vacancy existed in the board of health, it would be a matter of discretion with the county judge to determine whether the vacancy should be filled without delay.[1] He does not find that any vacancy exists, and if one does exist, it is clear he does not think the public welfare requires an appointment. We do not see that he is in error. Order appealed from affirmed, without costs. All concur.

[1] Laws 1885, c. 270, § 2, provides that "if in any case a vacancy shall occur in the board of health of any city, village, or town, by death, resignation, inability to act, or removal from said city, village, or town of any member thereof, and if the proper authorities, by inability, neglect, or refusal, fail to fill such vacancy, it shall be the duty of the county judge of the county in which such city, village, or town is situated, upon being satisfied that such vacancy should be filled without delay, to appoint in writing a competent person to fill such vacancy for the unexpired term."